

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00081-CV

———————————————

MCCLINTON ENERGY GROUP, L.L.C., Appellant

V.

BUCKHEAD - 1750 WESTPARK INDUSTRIAL, L.P., Appellee

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-302339-18

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Dismiss Its Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 22, 2019